IN THE MATTER OF THE ALLEGED ERROR IN THE PREP-
ARATION OF THE BALLOT FOR THE RECALL ELEC-
TION IN THE CITY OF HACKENSACK TO BE HELD
OCTOBER 6, 1959.

See same case below: 57 *N. J. Super.* 257.

*Mr. Emil M. Wulster* and *Messrs. Lum, Fairlie & Foster*
for the petitioners.

*Messrs. Chandless, Weller & Kramer* for the respondents.

November 30, 1959. Granted.

JULIA LOHMANN, PLAINTIFF-PETITIONER, v. FREDERICK
F. LOHMANN, DEFENDANT-RESPONDENT.

See same case below: 57 *N. J. Super.* 347.

*Mr. Harry Kay* for the petitioner.

*Messrs. Lum, Fairlie & Foster, Mr. Raymond W. Troy*
and *Mr. Theodore L. Abeles* for the respondent.

November 30, 1959. Denied.